ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3172
    Facsimile:  (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 09-02548 AHM (CWx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| $220,000.00 IN U.S. CURRENCY; $205,180.00 IN U.S. CURRENCY; ONE 2005 BMW 545i; ONE 2008 FORD F-450; ONE 2008 LAMBORGHINI GALLARDO; AND ONE 1999 PORSCHE 911 CARRERA, | |
| Defendants. | |
| JEDIDIAH BUNCH, AMY L. RICKER BUNCH, JOHN MUSSARI, AND MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC., | |
| Claimants. | |

1

This action was filed on April 13, 2009 against the defendants $220,000.00 in U.S. currency, $205,180.00 in U.S. currency, one 2005 BMW 545i, one 2008 Ford F-450, one 2008 Lamborghini Gallardo, and one 1999 Porsche 911 Carrera (collectively referred to as "defendants").  Notice was given and published in accordance with law.  Jedidiah Bunch ("J. Bunch") and Amy L. Ricker Bunch ("A. Bunch") claim an interest in the defendant one 2005 BMW 545i.  John Mussari ("Mussari") claims an interest in the defendant one 2008 Lamborghini Gallardo.  Manheim Automotive Financial Services, Inc. ("Manheim") claims an interest in all of the defendants.  No other parties have appeared in this case and the time for filing statements of interest and answers has expired.  Plaintiff United States of America and all claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

    1.   This Court has jurisdiction over the parties and the subject matter of this action.

    2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendants $220,000.00 in U.S. currency, $205,180.00 in U.S. currency, one 2005 BMW 545i, one 2008 Ford F-450, one 2008 Lamborghini Gallardo, and one 1999 Porsche 911 Carrera other than J. Bunch, A. Bunch, Mussari, and Manheim are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to one 2008 Ford F-450, Vehicle Identification Number ("VIN"): 1FTXW43R38ED97359, and one 1999 Porsche 911 Carrera, VIN: WPOAA299XXS621159, $220,000.00 in U.S. currency, and $205,180.00 in U.S. currency, with all interest earned by the government on the full amount of the defendant funds and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   A. Bunch shall have judgment as to the defendant one 2005 BMW 545i, VIN: WBANB33555CN65484.  The vehicle shall be returned to A. Bunch by making it available for pick-up by A. Bunch within sixty (60) days after this Consent Judgment of forfeiture is entered by the Court.  A. Bunch may be contacted in care of her attorney Richard M. Barnett at the Law Offices of Richard M. Barnett, 105 West F Street, 4th Floor, San Diego, California 92101, Telephone number: 619-231-1182.  A. Bunch shall not be responsible for the payment of storage fees or other costs associated with the United States of America's seizure and storage of the vehicle.  However, if A. Bunch fails to pick-up this vehicle within sixty (60) days after the government makes the vehicle available for pick-up by A. Bunch, then the defendant one 2005 BMW 545I, VIN: WBANB33555CN65484 shall be condemned and forfeited to the United States of America, which shall dispose of the vehicle in accordance with law.

5.   Manheim shall have judgment as to the defendant one 2008 Lamborghini Gallardo, VIN: ZHWGU22T28LA07428.  The vehicle

shall be returned to Manheim by making it available for pick-up by Manheim within sixty (60) days after this Consent Judgment of Forfeiture is entered by the Court.  Manheim may be contacted in care of its attorney Jame P. Mascaro, Esq. at the Law Office of Jame P. Mascaro, 3419 E. Chapman Avenue, #492, Orange, California 92869, Telephone number 714-997-0700.  Manheim shall not be responsible for the payment of storage fees or other costs associated with the United States of America's seizure and storage of the vehicle.  However, if Manheim fails to pick-up this vehicle within sixty (60) days after the government makes the vehicle available for pick-up by Manheim, then the defendant one 2008 Lamborghini Gallardo, VIN: ZHWGU22T28LA07428 shall be condemned and forfeited to the United States of America, which shall dispose of the vehicle in accordance with law.

    6.   J. Bunch, A. Bunch, Mussari, and Manheim hereby release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendants or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of J. Bunch, A. Bunch, Mussari, and Manheim, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    7.   The court finds that there was reasonable cause for the seizure of the defendants and institution of these

proceedings and the parties hereto shall bear their own attorney's fees and costs.  The parties expressly agree that the Court shall retain jurisdiction to enforce the terms of the settlement.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 25, 2011

THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

cc:  **USMO**

**JS-6**